ACCEPTED
05-25-00821-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
8/26/2025 3:11 PM
RUBEN MORIN
CLERK

NO. 05-25-00821-CR

| | | |
|---|---|---|
| THE STATE OF TEXAS | * | IN THE COURT OF APPEALS |
| V. | * | FIFTH |
| GERALD WEST | * | DISTRICT OF TEXAS |

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
8/26/2025 3:11:00 PM
Ruben Morin
Clerk

## MOTION FOR EXTENSION OF TIME TO FILE APPELLATE BRIEF

**TO THE HONORABLE COURT OF APPEALS**:

COMES NOW, the appellant, and files this his first motion for extension in which to file the appellant's brief. In support of said motion the appellant would show the Court the following:

I.

In Cause No. M22-42254 the Appellant was charged by indictment for the offense of Driving While Intoxicated of 22.01(a)(1) of the Texas Penal Code. The offense was alleged to have occurred on or about July 10, 2022.

On May 5, 2025, the Appellant entered a plea of guilty to the offense and was sentenced to 6 days in jail with credit for time served. The Notice of Appeal was perfected on May 29, 2025. The trial court's certification of defendant's right of appeal was filed on May 6, 2025. The clerk's record was filed on July 14, 2025 and the reporter's record was filed on August 1, 2025.

II.

Appellant's brief is due on August 31, 2025. Appellant has not previously requested an extension. Appellant respectfully request a 30-day extension of time to file the brief in this matter.

1

III.

The Appellant's request for an extension is based on the following facts: Counsel was in preparation for trial from August 1-August 11, 2025, in Hailemichael v. Bisrat in Dallas County, TX which was set for August 12, 2025. Counsel is currently managing an active caseload and requires a minimum of thirty (30) days to ensure adequate time for proper preparation and consultation with client after receipt of the reporter's record. This request is made in good faith and not for purposes of delay. No party will be prejudiced by the granting of this motion.

WHEREFORE, Appellant respectfully requests that this Court grant an extension of at least thirty (30) days, or such time as the Court deems reasonable and just, to file the Appellant's brief.

Respectfully submitted,

/s/ Kristian McCray Stewart
Kristian McCray Stewart
SBN 24109312
2911 Turtle Creek Blvd. Suite 300
Dallas, Texas 75219
(469) 207-1534
kristian@msalawfirms.com

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing motion has been electronically delivered to John Creuzot, Dallas County District Attorneys Office on this the 26th day of August 2025.

/s/ Kristian McCray Stewart
Kristian McCray Stewart

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Emil Rodriguez on behalf of Kristian McCray Stewart
Bar No. 24109312
assistant@msalawfirms.com
Envelope ID: 104871264
Filing Code Description: Motion
Filing Description: MOTION FOR EXTENSION OF TIME TO FILE APPELLATE BRIEF
Status as of 8/26/2025 3:13 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Kristian McCrayStewart | | kristian@msalawfirms.com | 8/26/2025 3:11:00 PM | SENT |
| Emil Rodriguez | | assistant@msalawfirms.com | 8/26/2025 3:11:00 PM | SENT |
| Tramaine Francis-Luster | | paralegal@msalawfirms.com | 8/26/2025 3:11:00 PM | SENT |
| John Creuzot | | john.creuzot@dallascounty.org | 8/26/2025 3:11:00 PM | SENT |